GREENBERG TRAURIG, LLP
GINGER H. PIGOTT (SBN 162908)
pigottg@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:   (310) 586-7700
Facsimile:    (310) 586-7800

STEPHEN M. ULLMER (SBN 277537)
ullmers@gtlaw.com
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone:   (415) 655-1300
Facsimile:    (415) 586-7800

Attorneys for Defendant
MEDTRONIC, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BLAIR,<br><br>        Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., and DOES 1 through 50, and each of them,<br><br>        Defendants. | CASE No. 3:15-cv-01678-SC<br><br>MODIFIED<br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2, and good cause appearing, it is hereby ordered that the Case Management Conference, currently set for August 28, 2015 at 10:00 AM, is continued to October ~~16~~ 23, 2015.  A Joint Case Management Conference Statement will be due one week prior to the new date.  Any other deadlines linked to the Case Management Conference will likewise be continued and calculated off of the new date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/19/2015



PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE    CASE NO. 3:15-CV-01678-SC